IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02431-WYD-MJW

LOLA GARCIA,

Plaintiff(s),

v.

JPMORGAN CHASE & CO., et al.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Joint Motion for Entry of Stipulated Protective Order (DN 14), is GRANTED. The written Stipulated Protective Order is approved as amended in paragraph 10 and is made an Order of Court.

Date: February 22, 2007